Andrew L. Rempfer Nevada Bar No. 8628
Joseph N. Mott
Nevada Bar No. 12455
LAW OFFICES OF STEVEN J. PARSONS
7201 W Lake Mead Blvd Ste 108
Las Vegas NV 89128-8354
(702) 384-9900
(702) 384-5900 – fax
Andrew@SJPlawyer.com
Joey@SJPlawyer.com

Mary H. Kinas
Nevada Bar No. 10644
KINAS LAW OFFICES PLLC
6069 S Fort Apache Rd Ste 100
Las Vegas, NV 89148
mhk@kinaslawoffice.com

*Attorneys for Plaintiff*
*John Willoughby*

Berna L. Rhodes-Ford, Esq.
Nevada Bar No. 7879
RHODES-FORD & ASSOCIATES, P.C.
8485 W. Sunset Road, Suite 106
Las Vegas, NV 89113
Telephone: (702) 684-6262
Facsimile: (702) 534-4000
Email:  berna@rhodesford.com

Janice P. Brown Esq. (SBN 11443)
Appearing, *pro hac vice*
Stacy L. Fode, Esq. (SBN 199883)
Appearing, *pro hac vice*
fode@brownlawgroup.com
Travis K. Jang-Busby, Esq. (SBN 283256)
Appearing, *pro hac vice*
busby@brownlawgroup.com
BROWN LAW GROUP
600 B Street, Suite 1650
San Diego, California 92101
Telephone:  (619) 330-1700
Facsimile:  (619) 330-1701

*Attorneys for Defendant*
*United Parcel Service, Inc.*

**STIPULATED APPLICATION TO EXTEND TIME FIXED FOR HEARING**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN WILLOUGHBY, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICES, INC., a foreign corporation; EMPLOYEES(S) AGENT DOES through V, inclusive; and ROE ENTITIES through v, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 2:16-cv-00140-JAD-CWH<br><br>**STIPULATED APPLICATION TO EXTEND TIME FIXED FOR HEARING**<br><br>**[FIRST REQUEST]** |

In accordance with LR IA 6-1, Plaintiff John Willoughby ("Plaintiff") and Defendant United Parcel Service, Inc. ("Defendant" or "UPS" collectively "Parties") by and through their respective counsel of record, hereby stipulate to and request that the Court continue the hearing on Defendant's Motion for Sanctions currently scheduled for September 15, 2016. This is the parties' first request for an extension of this deadline. As grounds for this application, the parties state as follows:

**I.　　REASON FOR EXTENSION**

On Friday, September 9, 2016, the Court issued a Minute Order setting the hearing on Defendant's Motion for Sanctions for September 15, 2016. Each of Defendant's counsel of record will be unavailable on September 15, 2016 due to a previously scheduled event.

// //

// //

-2-

**STIPULATED APPLICATION TO EXTEND TIME FIXED FOR HEARING**

## II. SUGGESTED HEARING DATES

The Parties are available and propose September 23 for the hearing.

Respectfully Submitted,

| | |
|---|---|
| LAW OFFICES OF STEVEN J. PARSONS | RHODES-FORD & ASSOCIATES, P.C. |
| | BROWN LAW GROUP |
| /s/ Andrew L. Rempfer | |
| ANDREW L. REMPFER | Berna L. Rhodes-Ford |
| Nevada Bar No. 8628 | RHODES-FORD & ASSOCIATES, P.C. |
| KINAS LAW OFFICES PLLC | Berna L. Rhodes-Ford, Esq. |
| Mary H. Kinas | Nevada Bar No. 7879 |
| Nevada Bar No. 10644 | BROWN LAW GROUP |
| | Janice P. Brown Esq. |
| Attorneys for Plaintiff | (SBN 11443) |
| JOHN WILLOUGHBY | Appearing, pro hac vice |
| | Stacy L. Fode, Esq. |
| | (SBN 199883) |
| | Appearing, pro hac vice |
| | Travis K. Jang-Busby, Esq. |
| | (SBN 283256) |
| | Appearing, pro hac vice |
| | |
| | Attorneys for Defendant |
| | UNITED PARCEL SERVICE, INC. |

The court is unable to accommodate the date the parties request.  IT IS THEREFORE ORDERED that the motion hearing is RESET for Monday, September 26, 2016, at 9:00 a.m. in Courtroom 3C.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:    September 13, 2016

-3-

**STIPULATED APPLICATION TO EXTEND TIME FIXED FOR HEARING**