| | |
|---|---|
| 1 | **REMPFER MOTT LUNDY, PLLC** |
| 2 | ANDREW L. REMPFER |
| | Nevada Bar No. 8628 |
| 3 | 10091 Park Run Dr., Ste. #200 |
| | Las Vegas, NV 89145-8868 |
| 4 | T: (702) 825-5303 |
| 5 | F: (702) 825-4413 |
| | Andrew@rmllegal.com |
| 6 | |
| 7 | Attorneys for Plaintiff |
| | **JOHN WILLOUGHBY** |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **JOHN WILLOUGHBY**, an individual, | Case No. 2:16-CV-00140-JAD-CWH |
| Plaintiff, | **STIPULATION TO EXTEND THE TIME TO SUBMIT THE PARTIES' JOINT PRE-TRIAL ORDER** |
| vs. | |
| **UNITED PARCEL SERVICES, INC.,** a foreign corporation; **EMPLOYEE(S) AGENTS DOES I thru V**, inclusive; **ROE CORPORATIONS I thru** V, inclusive, | |
| Defendants. | |

Plaintiff **JOHN WILLOUGHBY,** by and through his attorneys, Andrew L. Rempfer and Scott E. Lundy of Rempfer Mott Lundy, PLLC, and Defendant **UNITED PARCEL SERVICES, INC.**, by and through its attorneys, Brown Law Group, ALC, hereby stipulate to extend the time for the parties to submit their joint pre-trial order by one week. The current due date is Wednesday, February 28, 2018. The parties seek an extension to Wednesday, March 7, 2018. The extension is necessary because Plaintiff's counsel, Andrew Rempfer, was recently hospitalized for one week due to an illness. Although out of the hospital, Mr. Rempfer has been unable to return to work full-time.



*Rempfer Mott Lundy, PLLC*
*10091 Park Run Dr., Ste. #200*
*Las Vegas, NV 89145-8868*
*(702) 825-5303; fax (702) 8254413*
*Info@rmllegal.com*

Thus, the parties respectfully request the Court grant the proposed extension.

Dated: Wednesday, February 28, 2018.

| REMPFER MOTT LUNDY, PLLC | BROWN LAW GROUP, ALC |
|---|---|
| /s/ Andrew L. Rempfer | /s/ Berna Rhodes-Ford |
| Andrew L. Rempfer | Berna Rhodes-Ford, Esq. |
| Nevada Bar No. 8628 | Nevada Bar No. 7879 |
| Attorneys for Plaintiff | Janice P. Brown, Esq. |
| **JOHN WILLOUGHBY** | Appearing, pro hac vice |
| | Stacy L. Fode, Esq. |
| | Appearing, pro hac vice |
| | Noah J. Woods, Esq. |
| | Appearing, pro hac vice |
| | Attorneys for Defendant |
| | **UNITED PARCEL SERVICES, INC.** |

## ORDER

IT IS SO ORDERED.

Dated: March 1, 2018

_____
U.S. ~~DISTRICT~~/MAGISTRATE JUDGE



Rempfer Mott Lundy, PLLC
10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145-8868
(702) 825-5303; fax (702) 8254413
Info@rmllegal.com