| | |
|---|---|
| 1 | **REMPFER MOTT LUNDY, PLLC** |
| 2 | JOSEPH N. MOTT<br>Nevada Bar No. 12455 |
| 3 | 10091 Park Run Dr., Ste. #200<br>Las Vegas, NV 89145-8868 |
| 4 | T: (702) 825-5303 |
| 5 | F: (702) 825-4413<br>Joey@rmllegal.com |
| 6 | |
| 7 | Attorneys for Plaintiff<br>**JOHN WILLOUGHBY** |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **JOHN WILLOUGHBY**, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>**UNITED PARCEL SERVICE, INC.,** a foreign corporation; **EMPLOYEE(S) AGENTS DOES I thru V**, inclusive; **ROE CORPORATIONS I thru** V, inclusive,<br><br>  Defendants. | Case No. 2:16-CV-00140-JAD-CWH<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>ECF No. 75 |

Pursuant to FRCP 41(a), Plaintiff John Willoughby and Defendant United Parcel Service, Inc., by and through their respective attorneys of record, hereby notify this Court that they have agreed to resolve this matter. Accordingly, the parties hereby stipulate to dismiss, with prejudice, the entire action and all claims set forth in Plaintiff's Complaint (ECF No. 1).

…..

…..



*Rempfer Mott Lundy, PLLC*
*10091 Park Run Dr., Ste. #200*
*Las Vegas, NV 89145-8868*
*(702) 825-5303; fax (702) 8254413*
*Info@rmllegal.com*

The parties further agree that they will each bear their own costs and attorneys' fees.

Dated: Monday, October 15, 2018.

| | |
|---|---|
| Rempfer Mott Lundy, PLLC | BROWN LAW GROUP |
| /s/ Joseph Mott | /s/ Berna Rhodes-Ford |
| Joseph N. Mott | Berna Rhodes-Ford, Esq. |
| Nevada Bar No. 12455 | Nevada Bar No. 7879 |
| Attorneys for Plaintiff | Janice P. Brown, Esq. |
| **JOHN WILLOUGHBY** | Appearing, pro hac vice |
| | Stacy L. Fode, Esq. |
| | Appearing, pro hac vice |
| | Noah J. Woods, Esq. |
| | Appearing, pro hac vice |
| | Attorneys for Defendant |
| | **UNITED PARCEL SERVICE, INC.** |

## ORDER

Based on the parties' stipulation **[ECF No. 75]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 15, 2018



Rempfer Mott Lundy, PLLC
10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145-8868
(702) 825-5303; fax (702) 8254413
Info@rmllegal.com